UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FOWLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN SMITH, et al.,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-01401-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 24)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on the following claims for damages: an Eighth Amendment claim for inadequate medical care against Defendants Smith, Forster, and Ridge; a constitutional retaliation claim against Defendant Smith; and a state law negligence claim against Defendants Smith, Forster, Ridge, and St. Clair.

On May 12, 2015, Defendants were ordered to show cause why default should not be entered against them based on their failure to timely respond to the complaint. (ECF No. 24.) That same day, Defendants filed their answer. (ECF No. 25.)

Given that Defendants have now responded to the complaint, the order to show

cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: May 16, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE