UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FOWLER,<br><br>            Plaintiff,<br><br>      v.<br><br>STEVEN SMITH, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01401-MJS (PC)<br><br>**ORDER REGARDING LETTER FROM PLAINTIFF**<br><br>**(ECF NO. 33)**<br><br>**CLERK TO SEND PLAINITFF COPY OF ECF NOS. 31 AND 32 AT ADDRESS LISTED ON ECF NO. 33** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action, now closed, proceeded on the following claims for damages: an Eighth Amendment claim for inadequate medical care against Defendants Smith, Forster, and Ridge; a constitutional retaliation claim against Defendant Smith; and a state law negligence claim against Defendants Smith, Forster, Ridge, and St. Clair.

On August 21, 2017, Plaintiff filed a letter with the Court indicating he currently is in the temporary custody of the Placer County Sheriff and that he therefore was unable to attend a scheduled court appearance on June 22, 2017.[1]

This action was dismissed without prejudice on August 21, 2017 due to Plaintiff's failure to provide a current address as required under Court rules. The Clerk of Court will be directed to send a copy of the Court's August 21, 2017 order and judgment (ECF Nos. 31, 32) to Plaintiff at the address listed on his most recent filing.

IT IS SO ORDERED.

Dated: September 12, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has no record of any such appearance being scheduled or required in this case..